FRIENDLY TELEVISION, INC., Individually and as Assignee of JOAN BERKLEY and Another, Copartners Doing Business under the Name of RADIO CENTRE, Appellant, v. FROST REFRIGERATION, INC., et al., Respondents.—

Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.